450 A.2d 1051

Commonwealth v. Dunbar, Appellant.

Submitted January 12, 1982. Richard E. Goldinger, for appellant; David A. Hepting, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BECK and VAN der VOORT, JJ.

Order affirmed.

450 A.2d 1051

Commonwealth v. Ginsberg, Appellant.

Argued June 22, 1981. Howard B. Zavodnick, for appellant; Ronald T. Williamson, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before HESTER, CAVANAUGH and BECK, JJ.

Order affirmed.